UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x

GEICO,

          Plaintiffs,

-against-

WELLMART RX, INC.; ET AL.,

          Defendants.
-------------------------------------------------------------------------x

Index No.: 19-CV-4414

**CONSENT TO CHANGE ATTORNEY**

**IT IS HEREBY STIPULATED** and agreed that HARFENIST KRAUT & PERLSTEIN LLP be substituted in the place and stead of Law offices of GABRIEL & SHAPIRO, LLC as attorneys for the defendant, Denny Rodriguez, M.D..

**IT IS FURTHER STIPULATED AND AGREED** that facsimile copies of the signatures will be deemed as originals for purposes of this Stipulation. This Stipulation may be filed with the Clerk of the Court without further notice.

Dated: September 13, 2019

**GABRIEL & SHAPIRO, LLC**

By: Massimiliano Valerio, Esq.
*Outgoing Attorneys for Defendant*
3361 Park Avenue
Wantagh, NY 11793
(516) 783-6565

**HARFENIST KRAUT & PERLSTEIN**

By: Steven J. Harfenist, Esq.
*Incoming Attorneys for Defendants*
3000 Marcus Avenue, Suite 2E1
Lake Success, New York 11042
(516) 355-9600

**DENNY RODRIGUEZ, M.D.**

STATE OF NEW YORK      )
COUNTY OF WESTCHESTER

On the 13th day of September, 2019, before me personally appeared DENNY RODRIGUEZ, M.D., known to me to be the person described in and who executed the foregoing Consent to Change Attorney and acknowledged to me that she executed same.

_____
NOTARY PUBLIC

LAURIE C. PELLICCIO
Notary Public, State of New York
No. 01PE6144745
Qualified in Westchester County
Commission Expires May 1, 2022