ROANNE L. MANN  
UNITED STATES MAGISTRATE JUDGE  

DATE: October 23, 2019  
START: 2:45 pm  
END: 3:20 pm  

DOCKET NO: 19-cv-04414  

CASE: Government Employees Insurance Company et al v. Wellmart RX, Inc. et al

- [x] INITIAL CONFERENCE
- [ ] OTHER/ORDER TO SHOW CAUSE
- [ ] DISCOVERY CONFERENCE
- [ ] FINAL/PRETRIAL CONFERENCE
- [ ] SETTLEMENT CONFERENCE
- [ ] TELEPHONE CONFERENCE
- [ ] MOTION HEARING
- [ ] INFANT COMPROMISE HEARING

| PLAINTIFF | ATTORNEY |
|---|---|
| | Michael Sirignano |
| | Priscilla DeLing Kam |
| | Jennifer Abreu |

| DEFENDANT | ATTORNEY |
|---|---|
| Wellmart, Davydov, Nektalov, Rodriguez | Neil Torczyner |
| Patrick | Mark Furman |
| Boubert | Jennifer Strong |

- [ ] FACT DISCOVERY TO BE COMPLETED BY June 12, 2020
- [ ] NEXT _____ CONFERENCE SCHEDULED FOR _____
- [ ] JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY _____
- [ ] PL. TO SERVE DEF. BY: _____   DEF. TO SERVE PL. BY: _____

RULINGS: PLEASE TYPE THE FOLLOWING ON DOCKET SHEET

| DEFENDANT | ATTORNEY |
|---|---|
| Geris + Etienne | Nicholas Bowers |
| Cean | Steven Super |
| Jacobi + Dajdea | Evangelos Panxelis |

Pleadings may be amended and new parties added until December 20, 2019.

By February 28, 2020, the parties shall file a joint letter-motion requesting either a settlement conference or referral to mediation.

Expert disclosures shall be served by July 24, 2020; expert depositions shall be completed by September 15, 2020.

Requests for a premotion conference are due by September 25, 2020.