UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GOVERNMENT EMPLOYEES INSURANCE
COMPANY, et al.,

    Plaintiff,

        - against -

WELLMART RX, INC., et al.,

        Defendants.
-----------------------------------------------------------------X

Case No.
1:19-cv-04414

**AFFIDAVIT OF SERVICE**

Deponent, being duly sworn, deposes and says as follows under the penalty of perjury:

1. I am not a party to the action.
2. I am over 18 years of age.

On January 24, 2020, I served the annexed **RESPONSES TO DISCOVERY DEMANDS** by depositing a true copy thereof by depositing a true copy thereof in a postpaid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within this State, addressed to the last known address of counsel for Plaintiffs:

    Priscilla Kam
    RIVKIN RADLER LLP
    926 RXR Plaza
    Uniondale, NY 11556

_____
(Deponent's Name) L. Chudak

The above affiant, whose identity is personally known to me based on reliable photographic identification, personally came before me and, after being duly sworn, testified that the contents of the within affidavit are true.
In witness whereof, I have hereunto affixed my hand on January 24, 2020.

_____
Notary Public

Alexander Rudenok
Notary Public, State of New York
Registration No. 01RU6241666
Qualified in Kings County
Commission Expires May 23, 2023