

**JENNIFER ABREU**
(516) 357-3218
Jennifer.abreu@rivkin.com

WWW.RIVKINRADLER.COM

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000 F 516.357.3333

October 8, 2020

**VIA ECF**

Chief Magistrate Judge Roanne L. Mann
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:  *Government Employees Insurance Company, et al., v. Wellmart Rx, Inc., et al.*
           Case No.: 19-cv-04414 (KAM)(RLM)

Dear Chief Magistrate Judge Mann:

We are counsel for Plaintiffs (collectively, "GEICO") in the above-referenced matter and write on behalf of GEICO and Defendant Claudia Geris, P.A. ("Geris"). Per the Court's Order of September 8, 2020, the stipulations of discontinuances, as it pertains to Defendants Carline Boubert, P.A. ("Boubert") and Geris, were ordered to be filed by October 8, 2020. See Docket No. 94.  As the Court is aware, GEICO and Defendant Boubert already executed a settlement agreement and a stipulation of dismissal was previously filed in this matter. See Docket No. 96.

With respect to Defendant Geris, the only remaining appearing defendant, we are pleased to advise the Court that she has executed a settlement agreement in this matter. While GEICO has made every effort to expeditiously resolve the matter with Geris per the Court's Order, GEICO is still awaiting for Geris to fulfill certain conditions of the settlement agreement prior to filing a stipulation of discontinuance.

Pursuant to the foregoing, GEICO and Defendant Geris respectfully requests a two-week adjournment so that Defendant Geris may finalize certain conditions of the settlement agreement with GEICO.  The settlement agreement will resolve all claims against Defendant Geris rendering a conference unnecessary.

We thank the Court for its attention to the matter.

                          Very truly yours,

                          RIVKIN RADLER LLP
                          *s/ Jennifer Abreu*
                          Jennifer Abreu

CC: All counsel via ECF.

9 Thurlow Terrace
Albany, NY 12203-1005
T 518.462.3000 F 518.462.4199

21 Main Street, Court Plaza South
West Wing, Suite 158
Hackensack, NJ 07601-7021
T 201.287.2460 F 201.489.0495

477 Madison Avenue
New York, NY 10022-5843
T 212.455.9555 F 212.687.9044

2649 South Road
Poughkeepsie, NY 12601-6843
T 845.473.8100 F 845.473.8777